UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

09 MAR -3 PM 12: 41

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CAUSE NO. 3:09-cr-05-RLY/WGH-01 |
| | ) | |
| LARON PATTERSON | ) | |

## MOTION FOR BILL OF PARTICULARS

LARON PATTERSON, the Defendant in the above entitled action, by the undersigned, his attorney, moves the Court for an Order requiring the United States to file and serve a Bill of Particulars as to the following matters alleged in the Indictment:

1. The place or places, including street addresses, where Defendant possessed cocaine base and cocaine with the intent to distribute.

2. State the circumstances under which, and the words or conduct by means of which, the Defendant, Laron Patterson, possessed cocaine base and cocaine with the intent to distribute.

3. State the names and addresses of all persons whose names are presently known to the government but are not named in the Indictment; state the names of all Federal Agents who participated in the alleged possession of cocaine base and cocaine with the intent to distribute and who are not named in the Indictment; and state the names of all law enforcement officers who had written or verbal communication with the Defendant, Laron Patterson, during the alleged possession with intent to distribute.

1

4. State the names and addresses of all other persons, including but not limited to the names of Federal Agents, who any way participated in the alleged possession with the intent to distribute, and all other persons present at the time or times the Defendant, Laron Patterson, committed any of the acts in furtherance thereof.

5. State whether the Defendant, Laron Patterson, or any persons presently known to the government were acting on behalf of the United States government at any time of the alleged possession with intent to distribute.

6. State the name and address of any other person or persons who were present at the scene and time of said alleged possession.

7. State whether the government will claim that the Defendant, Laron Patterson, was a principal or an aider and abettor.

8. State whether the government intends to introduce at trial any evidence of "uncharged crimes" or similar act evidence". If the answer is in the affirmative, state the following:

   (a) When, including times and date, each uncharged crime or similar act evidence took place.

   (b) Where, including street addresses, City and State, each uncharged crime or similar act evidence took place.

   (c) Names and addresses of each person present or involved in any manner with any uncharged crime and similar act evidence.

This motion is made on the grounds that the above information is necessary to enable Defendant, Laron Patterson, to prepare a defense, to adequately prepare for trial, and to avoid surprise at trial, and is based on the Indictment filed in this case.

DATED this 3rd day of March, 2009.

                                              DAVID W. LAMONT  
                                              609 Main Street  
                                              Evansville, Indiana 47708  
                                              Telephone: (812) 423-6555

                                              ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served a true and correct copy of the foregoing pleading personally or by mail upon each attorney or firm of attorneys appearing of record for each adverse party on or before the filing date hereof.

                                              DAVID W. LAMONT

3